1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIMMIE STEPHEN,

11           Plaintiff,                   No. CIV S-09-1516 MCE KJM P

12      vs.

13   DR. F. ZHANG, et al.,

14           Defendants.          FINDINGS AND RECOMMENDATIONS

15   _____/

16           By an order filed September 21, 2009, plaintiff's motion to proceed in forma

17   pauperis was denied and plaintiff  was ordered to pay the appropriate filing fees within thirty

18   days.  He was cautioned that failure to do so would result in a recommendation that this action

19   be dismissed.  The thirty day period has now expired, and plaintiff has not paid the appropriate

20   filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.

22           These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

24   one days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court. .  Such a document should be captioned "Objections to Magistrate

26   Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

1

1 │ within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

2 │ <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3 │ DATED: January 22, 2010.

4 │ _____

5 │ U.S. MAGISTRATE JUDGE

6 │ 2
    │ step1516.fifp

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2