IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

    Plaintiff,                                No. CIV S-09-1516 MCE KJM P

    vs.

F. ZHANG, et al.,

    Defendants.                              ORDER

_____/

        On June 15, 2010, the Magistrate Judge issued orders directing service on some by not all of the defendants named in the complaint and directing CDCR to collect the filing fee from plaintiff's trust account. On October 19, 2010, plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Plaintiff's request for reconsideration of the magistrate judge's orders of June 15, 2010 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 19, 2010 request for reconsideration (docket no. 61) is denied.

Dated: November 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE