IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. 2:09-cv-01516-MCE-KJM P |
| Plaintiff, | |
| vs. | ORDER |
| F. ZHANG, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On November 10, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

///

///

///

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2  court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the
3  court finds the findings and recommendations to be supported by the record and by proper
4  analysis.
5   Accordingly, IT IS HEREBY ORDERED that:
6   1.  The findings and recommendations filed November 10, 2010, are adopted in full;
7   2.  Plaintiff's request for an order directing prison authorities to provide typewriter
8  ribbons (Docket No. 53), interpreted as a request for injunctive relief is denied.

Dated:  December 10, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE