IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMIE STEPHEN,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. F. ZHANG, et al. ,**<br><br>Defendants. | Case No. 2:09-cv-01516-MCE-CKD<br><br>**ORDER GRANTING EMERGENCY REQUEST TO SEAL AND REDACT SERVICE DOCUMENT** |

The Court has considered Defendants' Emergency Request to Seal and Redact Service Document and, good cause appearing, **IT IS ORDERED**:

(1)  The Clerk of this Court shall immediately place the service document filed as Docket No. 114 under seal.

(2)  The U.S. Marshal shall re-file the service document after redacting the home address of former Associate Warden Brown.

(3)  The mailroom staff at California State Prison Solano shall redact the private address on the service document before it is delivered to the inmate-plaintiff.

Dated: August 5, 2011         /s/ Carolyn K. Delaney_____
                              United States Magistrate Judge

1

[Proposed] Order (2:09-cv-01516-MCE-CKD)