IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

      Plaintiff,                     No. CIV S-09-1516 MCE EFB (TEMP) P

    vs.

F. ZHANG, et al.,

      Defendants.           ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 21, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. All parties have filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2011 (ECF No. 97), are ADOPTED in full;

2. Defendants' October 12, 2010 motion to declare plaintiff a vexatious litigant (ECF No. 56) is DENIED; and

3. Plaintiff's March 22, 2011 motion for an injunction ordering the immediate repair or replacement of his teeth (ECF No. 85) is DENIED.

Dated: August 5, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE