IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

      Plaintiff,                    No.  2:09-cv-1516 MCE CKD

    vs.

F. ZHANG,

      Defendants.          <u>ORDER</u>

                                /

          On December 27, 2012, plaintiff filed a document styled "Exhaustion of Remedies."  This civil rights action was closed on March 1, 2012.  Plaintiff is advised that documents filed after the closing date will be disregarded and no orders will issue in response to future filings.

Dated: January 2, 2013

                                              CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

8
step1516.58