UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. 2:09-cv-1516 MCE CKD |
| Plaintiff, | |
| v. | **ORDER** |
| F. ZHANG., | |
| Defendants. | |

Jimmie Stephen's ("Plaintiff") case is closed.  The Court denied Plaintiff's motion to reopen the case on December 6, 2012 (ECF No. 164).  On January 9, 2013, Jimmie Stephen ("Plaintiff") filed a Motion asking the Court to reconsider Magistrate Judge Delany's January 2, 2013 Order.  (ECF Nos. 166 and 168).

Judge Delany's Order states:

[t]his civil rights action was closed on March 1, 2012.  Plaintiff is advised that documents filed after the closing date will be disregarded and no orders will issue in response to future filings.  (ECF No. 166).

In reviewing a magistrate judge's determination, the assigned judge shall apply the "clearly erroneous or contrary to law" standard of review set forth in Local Rule 303(f), as specifically authorized by Rule 72(a) and 28 U.S.C. § 636(b)(1)(A).  Under this standard, the Court must accept the Magistrate Judge's decision unless it has a "definite and firm conviction that a mistake has been committed."

1

<u>Concrete Pipe & Prods. of Cal., Inc. v. Constr. Laborers Pension Trust for S. Cal.</u>, 508 U.S. 602, 622 (1993). If the Court believes the conclusions reached by the Magistrate Judge were at least plausible, after considering the record in its entirety, the Court will not reverse even if convinced that it would have weighed the evidence differently. <u>Phoenix Eng. & Supply Inc. v. Universal Elec. Co., Inc.</u>, 104 F.3d 1137, 1141 (9th Cir.1997).

Upon review of the entire file, the Court finds that the Magistrate Judge's ruling was not clearly erroneous or contrary to law. The January 2, 2013, Order is therefore affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion for Reconsideration (ECF No. 168) is DENIED;
2. The Magistrate Judge's Order (ECF No. 166) is AFFIRMED; and
3. Documents filed after this Order is issued will be disregarded and no orders will be issued in response to future filings.

IT IS SO ORDERED.

Dated: January 17, 2013

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT